# PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION

**11 NORTH STATE STREET**
**DOVER, DELAWARE 19901**
TEL: (302) 674-3841
FAX: (302) 674-5864
http://www.prickett.com

WAYNE N. ELLIOTT
JOHN W. PARADEE
D. BENJAMIN SNYDER*
GLENN C. MANDALAS*
KEVIN M. BAIRD

WILMINGTON OFFICE
1310 KING STREET, P.O. 1328
WILMINGTON, DE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111

\* ALSO ADMITTED IN PA

Writer's E-Mail Address: JWParadee@prickett.com

May 15, 2008

**BY CM/ECF and HAND DELIVERY**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

　　　　RE:　　Del. LR 81.2 status report for <u>Winding Creek LLC, *et al*. v. Kent County Levy Court, *et al*.</u>, C.A. No. 08-236-SLR

Dear Judge Robinson:

　　　　The above-captioned case was removed from the Delaware Court of Chancery to this Court on April 25, 2008. Delaware Local Rule 81.2 requires the parties to submit a statement to the District Court within 20 days of removal, identifying all pending matters requiring judicial action. There are three outstanding items that require judicial assistance:

1.　　The plaintiffs' pending motion for summary judgment; and
2.　　The plaintiffs' first set of requests for admissions.
3.　　The defendants' intent to file a motion to dismiss.

　　　　This case involves a challenge to the Kent County Levy Court's adoption of two ordinances prohibiting community wastewater treatment facilities in Kent County. The plaintiffs are three developers affected by the ordinances. They filed this lawsuit on March 31, 2008, alleging several state and federal claims. The plaintiffs then served requests for admissions and moved for summary judgment on April 22, 2008. Three days later, Kent County removed the case to this Court.

　　　　The case was removed before the parties entered into a briefing schedule on the plaintiffs' summary judgment motion. The motion, therefore, has not yet been briefed. The parties agreed to postpone briefing the motion and serving discovery responses until further guidance from the Court. The Defendants also intend to file a motion to dismiss the federal claims, but have chosen to postpone filing additional motions until the parties receive further instructions regarding the Court's preference for handling the parties' motions.

May 15, 2008
Page 2

      The parties are available to confer, or for a Rule 16(a) conference, at the Court's convenience.

                                          Respectfully Submitted,

| **Prickett, Jones & Elliott, P.A.** | **Whiteford, Taylor & Preston, LLC** |
|---|---|
| /s/ John W. Paradee | /s/ Daniel A. Griffith |
| John W. Paradee, Esquire (#2767) | Daniel A. Griffith, Esquire (#4209) |
| jwparadee@prickett.com | dgriffith@wtplaw.com |
| D. Benjamin Snyder, Esquire (#4308) | 1220 N. Market Street, Suite 608 |
| Kevin M. Baird, Esquire (#4219) | Wilmington, DE 19801 |
| 11 N. State Street | (302) 353-4144 |
| Dover, Delaware 19901 | *Attorneys for the Defendants* |
| (302) 674-3841 | |
| *Attorneys for the Plaintiffs* | |