IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WINDING CREEK DELAWARE, LLC,** a Delaware Limited Liability Company, **J.N.K., LLC,** a Delaware Limited Liability Company and **TONY ASHBURN & SON, INC.**, a Delaware Corporation, each on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**THE KENT COUNTY LEVY COURT,** the governing body of Kent County, Delaware, **P. BROOKS BANTA, ALLAN F. ANGEL, HAROLD K. BRODE, ERIC L. BUCKSON, BRADLEY S. EABY, W.G. EDMANSON** and **RICHARD E. ENNIS,** in their official capacities as Members of the Kent County Levy Court,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: 1:08-cv-00236-SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO:   Clerk of Court                           John W. Paradee, Esquire
      U.S. District Court                      Kevin Baird, Esquire
      844 N. King Street                       Prickett Jones and Elliott, P.A.
      Wilmington, DE 19801                     11 North State Street
                                               Dover, DE 19901

Joseph Scott Shannon, Esquire and Judith M. Kinney, Esquire, of the law firm of Marshall, Dennehey, Warner, Coleman & Goggin hereby enter their appearance *in lieu* of the appearance previously entered by Daniel A. Griffith, Esquire, of the law firm of Whiteford, Taylor & Preston LLP, whose appearance is hereby withdrawn, for all Defendants, The Kent County Levy Court, P. Brooks Banta, Allan F. Angel, Harold K. Brode, Eric L. Buckson, Bradley S. Eaby, W.G. Edmanson and Richard E. Ennis, in the above captioned matter.

<table>
<tr><td>

WHITEFORD TAYLOR
 & PRESTON LLP

*/s/ Daniel A. Griffith*
Daniel A. Griffith, Esquire (# 4209)
1220 N. Market Street, 6th Floor
Wilmington, DE 19801
T: 302-482-8754
e-mail: dgriffith@wtplaw.com

</td><td>

MARSHALL, DENNEHEY, WARNER
 COLEMAN & GOGGIN

*/s/ Joseph Scott Shannon*
Joseph Scott Shannon, Esquire (#3434)
1220 N. Market Street, 5th Floor
Wilmington, DE 19899
T: 302-552-4329
e-mail: jsshannon@mdwcg.com

</td></tr>
</table>

MARSHALL, DENNEHEY, WARNER
 COLEMAN & GOGGIN

*/s/ Judith M. Kinney*
Judith M. Kinney, Esquire (#3643)
1220 N. Market Street, 5th Floor
Wilmington, DE 19899
T: 302-552-4377
e-mail: jmkinney@mdwcg.com


Date: May 28, 2008


15/624094.v1