IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WINDING CREEK DELAWARE LLC, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. No. 08-236-SLR<br>) |
| KENT COUNTY LEVY COURT, et al. | )<br>) |
| Defendants. | )<br>) |

**O R D E R**

At Wilmington this 23rd day of May, 2008,

IT IS ORDERED that a telephonic status conference shall be held on **Monday, June 23, 2008**, at 9:30 a.m. Counsel for plaintiffs shall coordinate and initiate this call.

_____
United States District Judge