IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WINDING CREEK, LLC, *et al*.

       Petitioners,

v.

KENT COUNTY LEVY COURT, *et al*.

       Respondents.

C.A. No. 08-236-SLR

**STIPULATION AND ORDER**

      Under Rule 81 of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree, subject to the Order of the Court, to remand the above-captioned case to the Delaware Court of Chancery for the reasons that follow:

      1.      On March 31, 2008, a case styled *Winding Creek, LLC, et al. v. Kent County Levy Court, et al.*, 3662-VCN was filed in the Delaware Court of Chancery. The Chancery Court case challenged Kent County's adoption of two ordinances prohibiting community wastewater treatment facilities and included various state and federal law claims. On April 25, 2008, the Respondents removed the Chancery court case to this Court under Fed. R. Civ. P. 81.

      2.      On May 28, 2008, Tidewater Utilities, Inc. filed a similar case in Chancery Court against Kent County challenging the same ordinances on many of the same grounds as the *Winding Creek* case. *See Tidewater Utilities, Inc. v. Kent County Levy Court, et al.*, 3790-VCS.

      3.      Because the primary focus of the two cases are state-law claims and the coordinated administration of the two cases before the same court would promote judicial

efficiency, the parties believe that a remand of the *Winding Creek* case back to Chancery Court would best serve this goal.

4. The parties, therefore, stipulate and agree to remand the above-captioned case to the Delaware Court of Chancery and ask the Court to enter this Stipulation and Order at its convenience.

IT IS SO STIPULATED AND AGREED:

| PRICKETT, JONES & ELLIOTT, P.A. | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN |
|---|---|
| /s/ John W. Paradee | /s/ Joseph Scott Shannon |
| John W. Paradee, Esquire (#2767) | Joseph Scott Shannon, Esquire (#3434) |
| jwparadee@prickett.com | JSShannon@MDWCG.com |
| Kevin M. Baird, Esquire (#4219) | 1220 North Market Street, 5th Floor |
| 11 N. State Street | P.O. Box 8888 |
| Dover, Delaware 19901 | Wilmington, Delaware 19899-8888 |
| (302) 674-3841 | (302) 552-4317 |
| *Attorneys for the Petitioners* | *Attorneys for the Respondents* |

**O R D E R**

At Wilmington this _____ day of June, 2008, having reviewed the parties' Stipulation and Order:

IT IS ORDERED that the above-captioned case is hereby REMANDED to the Delaware Court of Chancery.

_____
United States District Judge