OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo CLERK

LOCKBOX 18 844 KING STREET U.S.
COURTHOUSE WILMINGTON,
DELAWARE 19801 (302) 573-6170

June 26, 2008

New Castle County Court of Chancery
Attn: Clerk
New Castle County Courthouse
500 North King Street
Wilmington, DE 19801

     RE:    Winding Creek, LLC et al. v. Kent County Levy Court et al.
              USDC/DE Civil Action  No.: 08-236 SLR

Dear Clerk:

     Pursuant to the Remand Order dated 06/24/08 signed by the Honorable Sue L. Robinson, transferring the above captioned case to your Court, enclosed please find the following items:

     ( X) Certified copy of the So Ordered entry of Remand

     Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

     Please acknowledge receipt of the above items on the attached copy of this letter.

     Sincerely,

     Peter T. Dalleo, Clerk of Court

     By:_____
          Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on _____.**

_____
**Signature**