FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 JUN 30  PM 2: 10

Scanned

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo CLERK

LOCKBOX 18 844 KING STREET U.S.
COURTHOUSE WILMINGTON,
DELAWARE 19801 (302) 573-6170

June 26, 2008

*3662-VCS*

New Castle County Court of Chancery
Attn: Clerk
New Castle County Courthouse
500 North King Street
Wilmington, DE 19801

   RE: <u>Winding Creek, LLC et al. v. Kent County Levy Court et al.</u>
      USDC/DE Civil Action No.: 08-236 SLR

Dear Clerk:

  Pursuant to the Remand Order dated 06/24/08 signed by the Honorable Sue L. Robinson, transferring the above captioned case to your Court, enclosed please find the following items:

  ( X ) Certified copy of the So Ordered entry of Remand

  Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

  Please acknowledge receipt of the above items on the attached copy of this letter.

          Sincerely,

          Peter T. Dalleo, Clerk of Court

          By: _[signature]_
            Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** _June 27, 2008_

_[signature]_
Signature  NCC Registrar in
    Chancery office
    Administrator